UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| HAI East, Inc. | | |
| | Case Number: | 8:20-bk-11508-ES |
| | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 8/31/2021 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | | |
|---|---|---|---|
| 1. | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 30,221,171.39 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 16,381,115.15 |
| 3. | BEGINNING BALANCE : | **N1** | 13,840,056.24 |
| 4. | RECEIPTS DURING CURRENT PERIOD: | | |
| | Accounts Receivable - Post-filing | | |
| | Accounts Receivable - Pre-filing | | - |
| | General Sales | | |
| | Other (Specify) — Internal Cash Transfers | - | |
| | Other (Specify) — Intercompany Expenses Reimbursement | - | |
| | Other (Specify) — Interest income and vendors refund | 300.00 | |
| | **Other (Specify) — Payments Received in Error from Hytera US Customers | - | |
| | TOTAL RECEIPTS THIS PERIOD: | | 300.00 |
| 5. | BALANCE: | | 13,840,356.24 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | |
| | Transfers to Other DIP Accounts (from page 2) | $74,859.72 | |
| | Hytera US customers payments reimbursement | $0.00 | |
| | Disbursements (from page 2) | $130,558.84 | |
| | Restricted Cash - West cash Kept in Hytera East Account | 263,716.40 | |
| | TOTAL DISBURSEMENTS THIS PERIOD:*** | | $469,134.96 |
| 7. | ENDING BALANCE: | | 13,371,221.28 |
| 8. | General Account Number(s): | CNB #3012, #3020, BOA #3297, #6867, #8880, PayPal, Cash Sale of Assets | |
| | Depository Name & Location: | | |

**N1** The beginning balance included on Part 1 of the MOR excludes all transfers between DIP accounts. It also excludes the net impact of collections received by Hytera US customers in error, and collections refunded to Hytera US from these customers.

| | | |
|---|---|---|
| Beginning Cash Balance | 13,840,056 | **N-1** |
| Transfer between DIP accounts | - | |
| Hytera US customers payments reimbursement | (68,820) | |
| Hytera West Intercompany Expenses Reimb | (6,040) | |
| Hytera West restricted cash held in restricted account #3020 | (263,716) | |
| Adjust Beginning cash balance for Hytera East July MOR reporting | $  13,501,480 | |

\*   All receipts must be deposited into the general account.
\*\*  Payment from Hytera US customers.
\*\*\*This amount should be the same as the total from page 2.

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

| | August 2021 | Cumulative Post-Petition |
|---|---:|---:|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 241.54 | 20,602,266.26 |
| Less: Returns/Discounts | - | 70,030.13 |
| Net Sales/Revenue | 241.54 | 20,532,236.13 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 59,082.12 | 2,227,782.67 |
| Other - Cost of Assets Sold | | 8,600,435.72 |
| Purchases | | 11,247,024.87 |
| Less: Ending Inventory at cost | 59,082.12 | 59,082.12 |
| Cost of Goods Sold (COGS) | - | 22,016,161.14 |
| | | |
| **Gross Profit** | 241.54 | (1,483,925.01) |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | (27,751.18) | 47,300.28 |
| Payroll - Other Employees [1] | | 1,256,917.70 |
| Payroll Taxes | | 59,739.13 |
| Other Taxes (Itemize) | - | 26,321.49 |
| Depreciation and Amortization | | 93,325.43 |
| Rent Expense - Real Property | | 196,186.57 |
| Lease Expense - Personal Property | | 520.02 |
| Insurance | - | 28,150.30 |
| Real Property Taxes | | 0.00 |
| Telephone and Utilities | | 19,044.26 |
| Repairs and Maintenance | | 2,720.25 |
| Travel and Entertainment (Itemize) | | 16,675.93 |
| Miscellaneous Operating Expenses (Itemize) | 907.90 | 852,734.06 |
| Total Operating Expenses | (26,843.28) | 2,599,635.42 |
| | | |
| Net Gain/(Loss) from Operations | 27,084.82 | (4,083,560.43) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 300.00 | 294.86 |
| Net Gain on Sale of Assets (Itemize) | - | 0.00 |
| Other (Itemize) | - | 40,986.76 |
| Total Non-Operating income | 300.00 | 41,281.62 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 135,687.67 | 2,299,969.89 |
| Other (Itemize) | - | 821,289.15 |
| Total Non-Operating Expenses | 135,687.67 | 3,121,259.04 |
| | | |
| **NET INCOME/(LOSS)** | (108,302.85) | (7,163,537.85) |

(Attach exhibit listing all itemizations required above)

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 13,125,942.89 | |
| Restricted Cash | 508,994.79 | |
| Accounts Receivable | 21,136,826.24 | |
| Inventory | 59,082.12 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 48,990.00 | |
| Cash-In-Transit (holding Hytera-West restricted cash) | (263,716.40) | |
| Other (Itemize) | 490,790.16 | |
| Total Current Assets | | 35,106,909.80 |
| | | |
| Property, Plant, and Equipment | 0.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 57,964.34 | |
| Total Other Assets | 0.00 | 57,964.34 |
| TOTAL ASSETS | | 35,164,874.14 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 1,055,808.52 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) - Customers with Credit Balances | 163,962.39 | |
| Total Post-petition Liabilities | | 1,219,770.91 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 0.00 | |
| Priority Liabilities | 0.00 | |
| Unsecured Liabilities | 41,402,016.59 | |
| Other (Itemize) | 601,133.04 | |
| Total Pre-petition Liabilities | | 42,003,149.63 |
| | | |
| TOTAL LIABILITIES | | 43,222,920.54 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (1,012,671.58) | |
| Post-petition Profit/(Loss) | (7,163,537.85) | |
| Direct Charges to Equity | 118,163.03 | |
| TOTAL EQUITY | | (8,058,046.40) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 35,164,874.14 |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | 0.00 |  | 27,751.18 |
| 31 - 60 days | 0.00 |  | 0.00 |
| 61 - 90 days | 0.00 |  | 0.00 |
| 91 - 120 days | (10.70) |  | 0.00 |
| Over 120 days [1] | 1,055,819.22 | 19,387,634.17 | 1,721,440.89 |
| TOTAL: | 1,055,808.52 | 19,387,634.17 | 1,749,192.07 |

[1] $999,887 of the A/P amount is intercompany A/P. $1,152,721 of the A/R amount is intercompany A/R.

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: August 01, 2021
ENDING DATE: August 31, 2021
Total days in statement period: 31

577
( 0 )

HYTERA AMERICA, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #20 11507
DAVID P. STAPLETON, CRO
514 VIA DE LA VALLE STE 210
SOLANA BEACH CA 92075 2717

Receive money with Direct Deposits. Payments are automatically sent to your bank account so you can save yourself a trip to the bank. Talk to your payer to see if you qualify or call 888.895.5650.

## Money Market 6 Check Option

| | | | | |
|---|---|---|---|---|
| Account number | 577 | Beginning balance | | $1,999,952.64 |
| Low balance | $1,999,853.64 | Total additions | ( 1 ) | 76.44 |
| Average balance | $1,999,860.03 | Total subtractions | ( 4 ) | 99.00 |
| Interest paid year to date | $138.08 | Ending balance | | $1,999,930.08 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 08-31 | Interest Credit | 76.44 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 08-03 | Cash Managemnt | BB PREMIER ACH ORIG ACCT MAINT | -15.00 |
| 08-03 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | -24.00 |
| 08-03 | Cash Managemnt | BB PREMIER WIRE MODULE | -30.00 |
| 08-03 | Cash Managemnt | BB PREMIER ACH MODULE | -30.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 1,999,952.64 | 08-03 | 1,999,853.64 | 08-31 | 1,999,930.08 |

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 0.05% | Interest-bearing days | 31 |
| Average balance for APY | $1,999,860.03 | Interest earned | $76.44 |

3409    rev 05-16

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HYTERA AMERICA, INC

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: August 01, 2021
ENDING DATE: August 31, 2021
577

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

| ENTER Ending Balance of this Statement……………….............  $_____ | ENTER Present Balance in your checkbook…………………  $_____ |
|---|---|

**Add** Deposits not shown on this Statement    $_____
                                                 _____
                                                 _____

**Subtract** any service charges, finance or any other charges…………………  $_____

    **Sub Total**………  $_____

       **Sub Total** …………  $_____

**Subtract** Checks Issued but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest Earned ……………………………..  $_____

**Add** any deposits not yet entered in checkbook (Reverse Advances)………………….  $_____
                                                                     _____
                                                                     _____
                                                                     _____

**Subtract** any checks not yet entered in checkbook (Reverse Payments)…………………..  $_____
                                                                    _____
                                                                    _____
                                                                    _____

**Total** amount of outstanding checks………………………………  $_____

**Balance**…………………………………**  $_____

**Balance**……...........................................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1 (1)

Account #: ____3012

This statement: August 31, 2021
Last statement: July 30, 2021

Contact us:
800-773-7100

260    0830K

HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

cnb.com

## Checking Account

### Account Summary
| | |
|---|---|
| Account number | ____3012 |
| Minimum balance | $2,372,366.98 |
| Average balance | $2,511,587.07 |
| Avg. collected balance | $2,511,587.00 |

### Account Activity
| | | |
|---|---|---|
| Beginning balance (7/30/2021) | | $2,577,119.70 |
| Credits | + $0.00 | |
| Debits  Checks paid (1) | - 223.00 | |
|        Electronic db (3) | - 198,468.05 | |
|        Other debits (4) | - 6,061.67 | |
|        Total debits | | - $204,752.72 |
| Ending balance (8/31/2021) | | $2,372,366.98 |

### CHECKS PAID
| Number | Date | Amount |
|---|---|---|
| 110 | 8-19 | 223.00 |

### ELECTRONIC DEBITS
| Date | Description | Debits |
|---|---|---|
| 8-6 | Bsuite Wire Out-Dom | 8,658.00 |
| 8-19 | Bsuite Book Trans-Db | 68,820.05 |
| 8-24 | Bsuite Book Trans-Db | 120,990.00 |

### OTHER DEBITS
| Date | Description | Reference | Debits |
|---|---|---|---|
| 8-6 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 8-19 | Service Charge BSUITE BOOK XFR-DB | | 5.00 |
| 8-24 | Service Charge BSUITE BOOK XFR-DB | | 5.00 |
| 8-31 | Account Transfer Dr. TO ACC ____3004 HYTERA COMMUNICATI ONS AM | | 6,039.67 |

### DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 7-30 | 2,577,119.70 | 8-19 | 2,499,401.65 | 8-31 | 2,372,366.98 |
| 8-6 | 2,568,449.70 | 8-24 | 2,378,406.65 | | |



HYTERA COMMUNICATIONS AMERICA (WEST) INC   Page 2
August 31, 2021                              Account #:         3012

## OVERDRAFT/RETURN ITEM FEES

|                          | Total for this period | Total year-to-date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |

Thank you for banking with South Orange CO. Office

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1    (0)

Account #: ███████8020

This statement: August 31, 2021
Last statement: July 30, 2021

Contact us:
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

260    0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

cnb.com

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ███████8020 |
| Minimum balance | $505,455.79 |
| Average balance | $505,455.79 |
| Avg. collected balance | $505,455.00 |

**Account Activity**

| | |
|---|---|
| Beginning balance (7/30/2021) | $505,455.79 |
| Credits | + $0.00 |
| Debits | - $0.00 |
| Ending balance (8/31/2021) | $505,455.79 |

** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with South Orange CO. Office

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1    (0)

Account #: ####3802

This statement: August 31, 2021
Last statement: July 30, 2021

Contact us:
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

cnb.com

260    0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA  92075

## Money Market Account

| | | | |
|---|---|---|---|
| Account number | ####3802 | Beginning balance | $8,500,160.68 |
| Minimum balance | $8,500,160.68 | Total credits | 223.56 |
| Average balance | $8,500,160.68 | Total debits | .00 |
| Avg. collected balance | $8,500,160.00 | Ending balance | $8,500,384.24 |
| | | Interest paid YTD | $ 384.24 |

### INTEREST RATES

| Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates |
|---|---|---|---|---|---|---|---|
| 07-30-21 | 0.030% | | | | | | |

### CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 08-31 | Interest Credit | | 223.56 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-30 | 8,500,160.68 | 08-31 | 8,500,384.24 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with South Orange CO. Office



P.O. Box 15284
Wilmington, DE 19850

HYTERA AMERICA INCORPORATED
DEBTOR IN POSSESSION CASE 20-11507
OPERATING ACCOUNT 2
1363 SHOTGUN RD
SUNRISE, FL  33326-1981

**Customer service information**

☐ Customer service: 1.888.400.9009

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

## Your Full Analysis Business Checking

for August 1, 2021 to August 31, 2021                                                  Account number:           3297

HYTERA AMERICA INCORPORATED    DEBTOR IN POSSESSION CASE 20-11507    OPERATING ACCOUNT 2

### Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2021 | $216,514.05 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2021** | **$216,514.05** |

# of deposits/credits: 0
# of withdrawals/debits: 0
# of days in cycle: 31
Average ledger balance: $216,514.05

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your checking account**

HYTERA AMERICA INCORPORATED  |  Account # 3297  |  August 1, 2021 to August 31, 2021

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 08/01 | 216,514.05 |



P.O. Box 15284
Wilmington, DE 19850

HYTERA AMERICA INCORPORATED
DEBTOR IN POSSESSION CASE 20-11507
RESERVE ACCOUNT
1363 SHOTGUN RD
SUNRISE, FL  33326-1981

**Customer service information**

☐ Customer service: 1.888.400.9009

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

# Your Full Analysis Business Checking

for August 1, 2021 to August 31, 2021                                    Account number       6867

HYTERA AMERICA INCORPORATED    DEBTOR IN POSSESSION CASE 20-11507    RESERVE ACCOUNT

## Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2021 | $3,539.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2021** | **$3,539.00** |

# of deposits/credits: 0
# of withdrawals/debits: 0
# of days in cycle: 31
Average ledger balance: $3,539.00

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your checking account**

HYTERA AMERICA INCORPORATED  |  Account # 6867  |  August 1, 2021 to August 31, 2021

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 08/01 | 3,539.00 |



P.O. Box 15284
Wilmington, DE 19850

HYTERA AMERICA INCORPORATED
DEBTOR IN POSSESSION CASE 20-11507
OPERATING ACCOUNT
1363 SHOTGUN RD
SUNRISE, FL  33326-1981

**Customer service information**

- Customer service: 1.888.400.9009
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, Florida  33622-5118

## Your Full Analysis Business Checking

for August 1, 2021 to August 31, 2021                                    Account number:          8880

HYTERA AMERICA INCORPORATED     DEBTOR IN POSSESSION CASE 20-11507     OPERATING ACCOUNT

### Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2021 | $37,949.90 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -563.90 |
| **Ending balance on August 31, 2021** | **$37,386.00** |

# of deposits/credits: 0
# of withdrawals/debits: 1
# of days in cycle: 31
Average ledger balance: $37,658.85

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your checking account**

HYTERA AMERICA INCORPORATED  |  Account # ▇▇▇▇▇▇ 8880  |  August 1, 2021 to August 31, 2021

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 08/16/21 | 07/21 ACCT ANALYSIS FEE | -563.90 |
| **Total service fees** | | **-$563.90** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 08/01 | 37,949.90 | 08/16 | 37,386.00 |