# UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

| | | |
|---|---|---|
| In Re. | § | Case No. 20-11508 |
| HAI East, Inc. | § | |
| | § | Lead Case No. 20-11507 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report                                        Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 05/26/2020

Months Pending: 18

Industry Classification: | 3 | 6 | 6 | 3 |

Reporting Method:          Accrual Basis  ⊙          Cash Basis  ○

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Mike Bergthold
Signature of Responsible Party

12/17/2021
Date

Mike Bergthold
Printed Name of Responsible Party

514 Via de la Valle, Suite 210, Solana Beach CA 92075
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

| Debtor's Name | Case No. 20-11508 |
|---|---|
| HAI East, Inc. | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $13,415,051 | |
| b. Total receipts (net of transfers between accounts) | $26,773 | $26,396,459 |
| c. Total disbursements (net of transfers between accounts) | $104,741 | $10,100,450 |
| d. Cash balance end of month (a+b-c) | $13,337,083 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $104,741 | $10,100,450 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $20,857,919 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $20,857,919 |
| c. Inventory    (Book ◉  Market ○   Other ○   (attach explanation)) | $59,082 |
| d Total current assets | $34,793,863 |
| e. Total assets | $34,851,827 |
| f. Postpetition payables (excluding taxes) | $1,209,461 |
| g. Postpetition payables past due (excluding taxes) | $1,209,461 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,209,461 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $42,003,150 |
| n. Total liabilities (debt) (j+k+l+m) | $43,212,611 |
| o. Ending equity/net worth (e-n) | $-8,360,784 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $6,463,024 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $6,463,024 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $298 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $298 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $104,070 | |
| f. Other expenses | $667 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-104,439 | $-4,426,695 |

UST Form 11-MOR (06/07/2021)                2

| Debtor's Name | | Case No. 20-11508 |
|---|---|---|
| HAI East, Inc. | | |

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $91,570 | $1,743,130 | $91,570 | $1,743,130 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Imperial Capital, LLC | Financial Professional | $0 | $274,112 | $0 | $274,112 |
| ii | Pachulski Stang Zeil & Jones L | Lead Counsel | $91,570 | $829,611 | $91,570 | $829,611 |
| iii | Stapleton Group | Financial Professional | $0 | $76,030 | $0 | $76,030 |
| iv | Steptoe & Johnson LLP | Special Counsel | $0 | $563,377 | $0 | $563,377 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $12,500 | $347,163 | $12,500 | $347,163 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Craig Barbarosh | Other | $12,500 | $250,000 | $12,500 | $250,000 |
| ii | Moss Adams | Other | $0 | $8,750 | $0 | $8,750 |
| iii | Levene, Neale, Bender, Yoo, & | Other | $0 | $88,413 | $0 | $88,413 |
| c. | All professional fees and expenses (debtor & committees) | | $104,070 | $2,090,293 | $104,070 | $2,090,293 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $4,800 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $4,800 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $96,889 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ○  No ●

d. Are you current on postpetition tax return filings?  Yes ●  No ○

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ●  No ○  N/A ○

| Debtor's Name | | Case No. | 20-11508 |
|---|---|---|---|
| HAI East, Inc. | | | |

i.  Do you have:

| | | | |
|---|---|---|---|
| Worker's compensation insurance? | Yes ○  No ● | | |
| If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) | | |
| Casualty/property insurance? | Yes ●  No ○ | | |
| If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | | |
| General liability insurance? | Yes ●  No ○ | | |
| If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | | |

j.  Has a plan of reorganization been filed with the court?    Yes ●  No ○

k.  Has a disclosure statement been filed with the court?    Yes ●  No ○

l.  Are you current with quarterly U.S. Trustee fees as    Yes ●  No ○
set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11    Yes ○  No ●
U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?    Yes ○  No ○  N/A ●

Debtor's Name
     HAI East, Inc.

Case No. 20-11508

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


Mike Bergthold
Signature of Responsible Party

Mike Bergthold
Printed Name of Responsible Party

Agent for CRO
Title

12/17/2021
Date

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>    HAI East, Inc.<br><br>                                          Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                  8:20-bk-11508-ES<br>Operating Report Number:                  18<br>For the Month Ending:          11/30/2021 |
|---|---|

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          30,374,302.70

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          16,695,535.18

3.  BEGINNING BALANCE :          **N1**    13,678,767.52

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 6,772.23 |
| Accounts Receivable - Pre-filing | | 19,702.77 |
| General Sales | | |
| Other (Specify) | Internal Cash Transfers | - |
| Other (Specify) | DR account exchange gain | - |
| Other (Specify) | Interest income | 297.55 |
| **Other (Specify) | Payments Received in Error from Hytera US Customers | - |

TOTAL RECEIPTS THIS PERIOD:          26,772.55

5.  BALANCE:          13,705,540.07

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | $0.00 |
| Hytera US customers payments reimbursement | $0.00 |
| Disbursements (from page 2) | $104,741.47 |
| Restricted Cash - West cash Kept in Hytera East Account | 263,716.40 |

TOTAL DISBURSEMENTS THIS PERIOD:***          $368,457.87

7.  ENDING BALANCE:          13,337,082.20

8.  General Account Number(s):          CNB #3012, #3020, BOA #3297, #6867, #8880,
PayPal, Cash Sale of Assets

    Depository Name & Location:

**N1** The beginning balance included on Part 1 of the MOR excludes all transfers between DIP accounts. It also excludes the net
    impact of collections received by Hytera US customers in error, and collections refunded to Hytera US from these
    customers.

| | | |
|---|---|---|
| Beginning Cash Balance | 13,678,768 | **N-1** |
| Transfer between DIP accounts | - | |
| Hytera US customers payments receipts | - | |
| Hytera West Intercompany Expenses Reimb | - | |
| Hytera West restricted cash held in restricted account  #3020 | (263,716) | |
| 1st Beginning cash balance for Hytera East November MOR reporting | $      13,415,051 | |

*    All receipts must be deposited into the general account.
**   Payment from Hytera US customers.
***This amount should be the same as the total from page 2.

IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 |  | 0.00 |
| 31 - 60 days | 0.00 |  | 0.00 |
| 61 - 90 days | 0.00 |  | 0.00 |
| 91 - 120 days | 0.00 |  | 14,289.57 |
| Over 120 days [1] | 1,041,086.99 | 19,154,395.46 | 1,689,233.60 |
| TOTAL: | 1,041,086.99 | 19,154,395.46 | 1,703,523.17 |

[1] $999,887 of the A/P amount is intercompany A/P. $1,152,721 of the A/R amount is intercompany A/R.

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | November 2021 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | - | 20,511,141.79 |
| Less: Returns/Discounts | - | 70,030.13 |
| Net Sales/Revenue | - | 20,441,111.66 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 59,082.12 | 2,227,782.67 |
| Other - Cost of Assets Sold | - | 8,600,435.72 |
| Purchases | - | 11,247,024.87 |
| Less: Ending Inventory at cost | 59,082.12 | 59,082.12 |
| Cost of Goods Sold (COGS) | - | 22,016,161.14 |
| | | |
| **Gross Profit** | 0.00 | (1,575,049.48) |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | - | 60,761.89 |
| Payroll - Other Employees [1] | | 1,256,917.70 |
| Payroll Taxes | | 59,739.13 |
| Other Taxes (Itemize) | - | 26,321.49 |
| Depreciation and Amortization | | 93,325.43 |
| Rent Expense - Real Property | | 196,186.57 |
| Lease Expense - Personal Property | | 520.02 |
| Insurance | - | 98,982.20 |
| Real Property Taxes | | 0.00 |
| Telephone and Utilities | | 19,044.26 |
| Repairs and Maintenance | | 2,720.25 |
| Travel and Entertainment (Itemize) | | 16,675.93 |
| Miscellaneous Operating Expenses (Itemize) | 666.70 | 851,842.45 |
| Total Operating Expenses | 666.70 | 2,683,037.32 |
| | | |
| Net Gain/(Loss) from Operations | (666.70) | (4,258,086.80) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 297.55 | 1,155.02 |
| Net Gain on Sale of Assets (Itemize) | - | 0.00 |
| Other (Itemize) | - | 40,986.76 |
| Total Non-Operating income | 297.55 | 42,141.78 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 104,070.08 | 2,429,039.97 |
| Other (Itemize) | - | 821,289.15 |
| Total Non-Operating Expenses | 104,070.08 | 3,250,329.12 |
| | | |
| **NET INCOME/(LOSS)** | (104,439.23) | (7,466,274.14) |

(Attach exhibit listing all itemizations required above)

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 13,091,803.81 | |
| Restricted Cash | 508,994.79 | |
| Accounts Receivable | 20,857,918.63 | |
| Inventory | 59,082.12 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 48,990.00 | |
| Cash-In-Transit (holding Hytera-West restricted cash) | (263,716.40) | |
| Other (Itemize) | 490,790.16 | |
| Total Current Assets | | 34,793,863.11 |
| | | |
| Property, Plant, and Equipment | 0.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 57,964.34 | |
| Total Other Assets | 0.00 | 57,964.34 |
| TOTAL ASSETS | | 34,851,827.45 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 1,041,086.99 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) - Customers with Credit Balances | 168,373.52 | |
| Total Post-petition Liabilities | | 1,209,460.51 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 0.00 | |
| Priority Liabilities | 0.00 | |
| Unsecured Liabilities | 41,402,016.59 | |
| Other (Itemize) | 601,133.04 | |
| Total Pre-petition Liabilities | | 42,003,149.63 |
| | | |
| TOTAL LIABILITIES | | 43,212,610.14 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (1,012,671.58) | |
| Post-petition Profit/(Loss) | (7,466,274.14) | |
| Direct Charges to Equity | 118,163.03 | |
| TOTAL EQUITY | | (8,360,782.69) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 34,851,827.45 |

# EAST WEST BANK    *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page  1  of  2
STARTING DATE: November 01, 2021
ENDING DATE: November 30, 2021
Total days in statement period: 30
577
( 0 )

HYTERA AMERICA, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #20 11507
DAVID P. STAPLETON, CRO
514 VIA DE LA VALLE STE 210
SOLANA BEACH CA 92075 2717

From all of us at East West Bank, we
wish you a wonderful holiday season. As
we enter the new year together, we look
forward to continue to serve your financial
needs. Thank you for choosing us as your
bank.

## Money Market 6 Check Option

| Account number | 577 | Beginning balance | | $1,999,882.48 |
|---|---|---|---|---|
| Low balance | $1,999,783.48 | Total additions | ( 1) | 73.97 |
| Average balance | $1,999,790.08 | Total subtractions | ( 4) | 99.00 |
| Interest paid year to date | $362.45 | Ending balance | | $1,999,857.45 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 11 30 | Interest Credit | 73.97 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11 03 | Cash Managemnt | BB PREMIER ACH ORI G ACCT MAINT | 15.00 |
| 11 03 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 24.00 |
| 11 03 | Cash Managemnt | BB PREMIER WIRE MO DULE | 30.00 |
| 11 03 | Cash Managemnt | BB PREMIER ACH MOD ULE | 30.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10 31 | 1,999,882.48 | 11 03 | 1,999,783.48 | 11 30 | 1,999,857.45 |

**INTEREST INFORMATION**

| Annual percentage yield earned | 0.05% | Interest bearing days | 30 |
|---|---|---|---|
| Average balance for APY | $1,999,790.08 | Interest earned | $73.97 |

3409    rev 05-16

# EAST WEST BANK

Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HYTERA AMERICA, INC

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**

Ending Balance of
this Statement…………….......... $_____

**Add** Deposits not shown
on this Statement    $_____
    _____
    _____
**Sub Total**……… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……….............................** $_____

**ENTER**

Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total** ………… $_____

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
    _____
    _____
    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____
    _____
    _____
    _____

**Balance**……..................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)


**CITY NATIONAL BANK**

AN RBC COMPANY

Page 1          (0)

**Account #:** ████012

This statement: November 30, 2021
Last statement: October 29, 2021

**Contact us:**
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

260                                         0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ████012 | Beginning balance (10/29/2021) | | $2,402,603.74 |
| Minimum balance | $2,324,969.66 | | | |
| Average balance | $2,395,569.24 | **Credits** Deposits (2) | + 16,500.00 | |
| Avg. collected balance | $2,395,053.00 | Electronic cr (1) | + 9,975.00 | |
| | | Other credits (0) | + 0.00 | |
| | | **Total credits** | | + $26,475.00 |
| | | | | |
| | | **Debits** Checks paid (0) | - 0.00 | |
| | | Electronic db (2) | - 104,070.08 | |
| | | Other debits (3) | - 39.00 | |
| | | **Total debits** | | - $104,109.08 |
| | | | | |
| | | **Ending balance (11/30/2021)** | | $2,324,969.66 |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 11-8 | E-Deposit | 00000001 | 1,500.00 |
| 11-29 | E-Deposit | 00000001 | 15,000.00 |

### ELECTRONIC CREDITS

| Date | Description | | Credits |
|---|---|---|---|
| 11-4 | Incoming Wire-Intl | | 9,975.00 |

### ELECTRONIC DEBITS

| Date | Description | | Debits |
|---|---|---|---|
| 11-1 | Bsuite Wire Out-Dom | | 12,500.00 |
| 11-29 | Bsuite Wire Out-Dom | | 91,570.08 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 11-1 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 11-4 | Service Charge INCOMING WIRE-INTL | | 15.00 |
| 11-29 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10-29 | 2,402,603.74 | 11-4 | 2,400,051.74 | 11-29 | 2,324,969.66 | | |
| 11-1 | 2,390,091.74 | 11-8 | 2,401,551.74 | | | | |

# CITY NATIONAL BANK

 AN RBC COMPANY

HYTERA COMMUNICATIONS AMERICA (WEST) INC   Page 2
November 30, 2021                        Account #: ▮▮▮▮012

## OVERDRAFT/RETURN ITEM FEES

|                          | Total for this period | Total year-to-date |
|--------------------------|:---------------------:|:------------------:|
| **Total Overdraft Fees**     | $0.00                 | $0.00              |
| **Total Returned Item Fees** | $0.00                 | $0.00              |



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.


We suggest you retain this statement for your record.

Member FDIC



 **CITY NATIONAL BANK**



AN RBC COMPANY

Page 1          (0)

Account #: ▇▇▇020

This statement: November 30, 2021
Last statement: October 29, 2021

**Contact us:**
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

260                                        0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ▇▇020 | Beginning balance (10/29/2021) | | $505,455.79 |
| Minimum balance | $505,455.79 | | | |
| Average balance | $505,455.79 | Credits | + $0.00 | |
| Avg. collected balance | $505,455.00 | | | |
| | | Debits | - $0.00 | |
| | | Ending balance (11/30/2021) | | $505,455.79 |

** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Thank you for banking with South Orange CO. Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

## AN RBC COMPANY

Page 1        (0)

Account #: ████802

This statement: November 30, 2021
Last statement: October 29, 2021

**Contact us:**
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

260                          0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA  92075

cnb.com

## Money Market Account

| | | | |
|---|---|---|---|
| Account number | ████802 | Beginning balance | $8,500,796.45 |
| Minimum balance | $8,500,796.45 | Total credits | 223.58 |
| Average balance | $8,500,796.45 | Total debits | .00 |
| Avg. collected balance | $8,500,796.00 | Ending balance | $8,501,020.03 |
| | | Interest paid YTD | $ 1,020.03 |

## INTEREST RATES

| Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates |
|---|---|---|---|---|---|---|---|
| 10-29-21 | 0.030% | | | | | | |

## CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 11-30 | Interest Credit | | 223.58 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-29 | 8,500,796.45 | 11-30 | 8,501,020.03 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with South Orange CO. Office



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.888.400.9009

☑ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

HYTERA AMERICA INCORPORATED
DEBTOR IN POSSESSION CASE 20-11507
OPERATING ACCOUNT 2
1363 SHOTGUN RD
SUNRISE, FL  33326-1981

# Your Full Analysis Business Checking

for November 1, 2021 to November 30, 2021                    Account number: ▮▮▮▮ 3297

**HYTERA AMERICA INCORPORATED        DEBTOR IN POSSESSION CASE 20-11507        OPERATING ACCOUNT 2**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2021 | $230,895.18 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $230,895.18 |
| Service fees | -0.00 | |
| **Ending balance on November 30, 2021** | **$230,895.18** | |



**Your checking account**

HYTERA AMERICA INCORPORATED   |   Account # ████ 3297   |   November 1, 2021 to November 30, 2021

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 11/01 | 230,895.18 |

HYTERA AMERICA INCORPORATED   |   Account #                 |   November 2021 to November 30, 2021

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

HYTERA AMERICA INCORPORATED
DEBTOR IN POSSESSION CASE 20-11507
RESERVE ACCOUNT
1363 SHOTGUN RD
SUNRISE, FL  33326-1981

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

# Your Full Analysis Business Checking

for November 1, 2021 to November 30, 2021                         Account number: ▉▉▉▉ 6867

**HYTERA AMERICA INCORPORATED     DEBTOR IN POSSESSION CASE 20-11507     RESERVE ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2021 | $3,539.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $3,539.00 |
| Service fees | -0.00 | |
| **Ending balance on November 30, 2021** | **$3,539.00** | |



**Your checking account**

HYTERA AMERICA INCORPORATED   |   Account # ■■■■ 6867   |   November 1, 2021 to November 30, 2021

## Daily ledger balances

| Date | Balance ($) |
|------|------------|
| 11/01 | 3,539.00 |

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔋 Customer service: 1.888.400.9009

✍️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

HYTERA AMERICA INCORPORATED
DEBTOR IN POSSESSION CASE 20-11507
OPERATING ACCOUNT
1363 SHOTGUN RD
SUNRISE, FL  33326-1981

# Your Full Analysis Business Checking

for November 1, 2021 to November 30, 2021                 Account number: ▮▮▮▮ 8880

**HYTERA AMERICA INCORPORATED       DEBTOR IN POSSESSION CASE 20-11507       OPERATING ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2021 | $36,233.33 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $35,951.35 |
| Service fees | -528.70 | |
| **Ending balance on November 30, 2021** | **$35,704.63** | |

 **Your checking account**

HYTERA AMERICA INCORPORATED   |   Account # ▆▆▆ 8880   |   November 1, 2021 to November 30, 2021

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/15/21 | 10/21 ACCT ANALYSIS FEE | -528.70 |
| **Total service fees** | | **-$528.70** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 11/01 | 36,233.33 | 11/15 | 35,704.63 |